Michael R. McDonald, Esq.
Damian Santomauro, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

Attorneys for Defendant
Aaron's, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARGARET KORROW, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AARON'S, INC. and JOHN DOES 1-25,<br><br>Defendant. | Civil Action No.: _____<br><br>*Document electronically filed*<br><br>**STATEMENT PURSUANT TO LOCAL CIVIL RULE 10.1(a)** |

Pursuant to Local Civil Rule 10.1(a), attached hereto as <u>Exhibit A</u> is a Service List that sets forth the names and addresses of each party, as well as counsel for each of the parties, in the above-captioned action.

Dated:   December 6, 2010          By: s/ Michael R. McDonald, Esq._____
                                       Michael R. McDonald, Esq.
                                       Damian Santomauro, Esq.
                                       **GIBBONS P.C.**
                                       One Gateway Center
                                       Newark, New Jersey 07102
                                       Phone:  (973) 596-4500
                                       Facsimile:  (973) 639-6295
                                       mmcdonald@gibbonslaw.com
                                       dsantomauro@gibbonslaw.com

                                       Attorneys for Defendant
                                       Aaron's, Inc.

Exhibit A

**KORROW v. AARON'S, INC.**

Service List

| **Plaintiff:** | **Defendant:** |
|---|---|

Margaret Korrow*
Ocean County, New Jersey

Aaron's, Inc.
309 East Paces Ferry Road, N.E.
Atlanta, Georgia 30305

**Plaintiff's Counsel**

**Defendant's Counsel:**

Henry P. Wolfe, Esq.
**GALEX WOLF, LLC**
1520 U.S. Hwy 130, Suite 101
North Brunswick, New Jersey 08920
Telephone: (732) 257-0550
Facsimile: (723) 257-5654
Email: info@galexwolf.com

Michael R. McDonald, Esq.
Damian Santomauro, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Phone: (973) 596-4500
Facsimile: (973) 596-0545
Email: mmcdonald@gibbonslaw.com
          dsantomauro@gibbonslaw.com

Mark Cuker, Esq.
**WILLIAMS CUKER BEREZOFSKY**
Woodland Falls Corporate Center
210 Lake Drive East, Suite 101
Cherry Hill, New Jersey 08002
Telephone: (856) 667-0500
Facsimile: (856) 667-5133
Email: mcuker@wcblegal.com

The Law Office of Christopher J. McGinn
79 Paterson St.
New Brunswick, New Jersey 08901
Telephone: (732) 937-9400
Facsimile: (800) 931-2408
Email:
cjmcginn@njconsumerprotection.com

*Counsel for Defendant cannot provide
Plaintiff's address at this time because it
has not been alleged in the Complaint.

#1582934 v1
110239-71728