Michael R. McDonald, Esq.
Damian Santomauro, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

Attorneys for Defendant
Aaron's, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARGARET KORROW, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AARON'S, INC. and JOHN DOES 1-25,<br><br>Defendant. | Civil Action No.: _____<br><br>*Document electronically filed*<br><br>**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2** |

Pursuant to Local Rule 11.2, the undersigned, attorney of record for Defendant Aaron's, Inc. hereby certifies that to the best of my knowledge and based upon the information available to me at this office, the matter in controversy is not the subject of any action pending in any other court or of any pending arbitration or administrative proceeding.

Dated: December 6, 2010

By: s/ Michael R. McDonald, Esq.
Michael R. McDonald, Esq.
Damian Santomauro, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Phone: (973) 596-4500
Facsimile: (973) 639-6295
mmcdonald@gibbonslaw.com
dsantomauro@gibbonslaw.com

Attorneys for Defendant
Aaron's, Inc.

#1582556 v1
110239-71728