NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                    :
MARGARET KORROW, on behalf of       :
herself and others similarly situated, :
                                    :
            Plaintiff,              :   Civil Action No. 10-6317 (JAP)
                                    :
      v.                            :
                                    :   **ORDER**
AARON'S, INC. and JOHN DOES 1-25,   :
                                    :
            Defendants.             :
_____ :

PISANO, District Judge.

   Before the Court is Defendant Aaron's, Inc.'s motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff Margaret Korrow opposes the motion. For the reasons set forth in the accompanying Opinion,

   **IT IS** on this 25th day of August, 2011,

   **ORDERED** that Defendants' motion to dismiss is **DENIED**.

                                        /s/ JOEL A. PISANO
                                        United States District Judge