UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
MAGISTRATE JUDGE LOIS H. GOODMAN
Digitally Recorded

DATE OF PROCEEDINGS: 3/12/18
CIVIL DOCKET #: 10-6317 MAS/LHG

TITLE OF CASE:
Margaret Korrow
vs..
Aaron's Inc., et al.,

APPEARANCES:

Michael Quirk, Christopher McGinn, Andrew Wolfe and Mark Cuker, Esqs for Plaintiffs.
Caroline Eleanore Oks, Esq for Defendant

NATURE OF PROCEEDINGS:

Hearing on [191] Application for Final Approval of Class Action Settlement filed by Plaintiffs.

Ordered [191] Application Granted; Order to follow.

TIME COMMENCED: 2:10 p.m.
TIME ADJOURNED: 2:35 p.m.
TOTAL TIME: 25 minutes

*Ivannya Fitzgerald*
Courtroom Deputy